IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re:<br>Joe R. Navarro<br><br>                Debtor(s) | Chapter: 13<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 09-45547<br>[No Hearing Required] |

TO THE CLERK:

        The undersigned attorneys for:
          HSBC BANK NEVADA, N.A.
            BEST BUY CO., INC.

a creditor of the above referenced debtor.

        Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

        REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

            HSBC BANK NEVADA, N.A.
            Bass & Associates, P.C.
            3936 E. Ft. Lowell Road, Suite #200
            Tucson, AZ 85712

        Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 07/08/09
Account Number: ****************3002

            Respectfully submitted,
            Bass & Associates, P.C.

            By: /s/ Patti H. Bass  (AZ 016849)
                Attorneys for Creditor
                HSBC BANK NEVADA, N.A.
                3936 E Ft Lowell Rd Suite 200
                Tucson, AZ  85712-1083
                (520) 577-1544
                ecf@bass-associates.com