1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, State Bar #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                        **No.  09-45547 EDJ**

11 **JOE RAMOS NAVARRO and**         **Chapter 13**
   **REBECCA OCAMPO NAVARRO,**
12                                   **MOTION TO MODIFY CHAPTER 13 PLAN;**
                      **Debtor.**    **NOTICE TO CREDITORS OF**
13 _____/ **DEADLINE TO REQUEST A HEARING**

14     The above-named debtors apply to the court for an order to modify

15 their Chapter 13 Plan as follows:

16     Debtors will add their 2009 Internal Revenue Service taxes in the

17 amount of $6,564.00 and their 2009 Franchise Tax Board Taxes in the

18 amount of $4,688.00 to their Chapter 13 case.  Debtors' payments will

19 remain the same.  Any arrearages shall be forgiven.  Unsecured,

20 nonpriority creditors shall be paid on a pro-tanto basis.

21     The modification is sought on the following grounds: Debtors are

22 unable to pay their 2009 income taxes in full in addition to their

23 Chapter 13 plan payment.

24     **NOTICE IS HEREBY GIVEN:**

25     (i)  That Local Rule 9014-1 of the United States Bankruptcy Court

26 for the Northern District of California prescribes the procedures to be

followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(ii)   That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)   That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv)   That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:  April 21, 2010

/s/ Corrine Bielejeski
CORRINE BIELEJESKI
Attorney for Debtors

Case: 09-45547   Doc# 23   Filed: 04/22/10   Entered: 04/22/10 14:20:54   Page 2 of 2